2

1  RON BENDER (SBN 143364)
   TODD M. ARNOLD (SBN 221868)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email: rb@lnbyb.com; tma@lnbyb.com
5
   Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession
6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>    Debtor.<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>    Debtor.<br><br>DELUXE ICE CREAM COMPANY,<br><br>    Debtor.<br><br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | [Proposed] Lead Case No. 10-39672 (MSM)<br>[Proposed] Jointly Administered with Case Nos. 10-39664 (MSM), and 10-39670 (MSM).[1]<br><br>DC No. LNB-2<br><br>Chapter 11 Case<br><br>**NOTICE OF DEBTORS' EMERGENCY MOTION FOR JOINT ADMINISTRATION**<br><br>Hearing:<br>Date:   TBD<br>Time:  TBD<br>Place:  Department A<br>         Judge Michael S. McManus<br>         Courtroom No. 28<br>         Floor No. 7<br>         Robert T. Matsui Courthouse<br>         501 I Street<br>         Sacramento, CA 95814 |

---

[1] Motion for Joint Administration pending.

**PLEASE TAKE NOTICE** that a hearing to consider the concurrently filed Emergency Motion for Joint Administration (the "Motion") filed by Matterhorn Group, Inc., Vitafreze Frozen Confections, Inc., and Deluxe Ice Cream Company, the debtors and debtors in possession in the above-captioned (proposed) jointly administered Chapter 11 bankruptcy cases (collectively, the "Debtors"), will be held at the above-referenced location at a <u>date and time to be determined by the Court</u>. As soon as the Debtors obtain the date and time for the hearing on the Motion and any deadlines for oppositions and replies, the Debtors will provide additional notice.

Date: July 26, 2010

LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.

<u>/s/ Ron Bender</u>
RON BENDER
TODD M. ARNOLD
Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession